AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| SHIRLEY YEO LLIZO, V.M.D. ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 11-2302-JWL |
| ) | |
| CITY OF TOPEKA, KANSAS ) | |
| *Defendant(s)* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the
**defendant** *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, per annum, along with costs.

☑ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* City of Topeka, KS
recover costs from the plaintiff *(name)* Shirley Yeo Llizo, V.M.D.
.

☐ **other**:
_____ .

This action was *(check one)*:

☑ tried by a jury with U. S. District Judge John W. Lungstrum residing, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☐ decided by _____ on a motion for _____

Date: 07/20/2012

TIMOTHY M. O'BRIEN
*CLERK OF COURT*

s/ Sharon Scheurer
*Signature of Clerk or Deputy Clerk*